**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 151 MAL 2023

              Respondent            :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

               v.                         :

                                       :

ERIC ROLAND SWENSON,                :

                                     :

               Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.